RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 4/5/2016
BY MB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| NEALLY CUNNINGHAM<br>#26299-018 | CIVIL ACTION NO. 13-1156<br>SECTION P |
| VERSUS | JUDGE TRIMBLE |
| UNITED STATES, ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that The Motion for Summary Judgment [doc. 30] is **GRANTED** and plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, on this 5TH day of April, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE